

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, David Padilla, John Stricklin, Javier Zuniga, and San Antonio Television, LLC,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

This is an appeal from a judgment granting a motion to dismiss under Chapter 27 of the Texas Civil Practice and Remedies Code. This appeal is accelerated. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.008(b) (stating that a court of appeals shall expedite an appeal from an order on a motion to dismiss under Chapter 27); TEX. R. APP. P. 28.1(a) (providing appeals required by statute to be expedited are accelerated appeals). The clerk's record was filed on February 28, 2019. The reporter's record was filed on April 17, 2019. Therefore, appellant's brief was due on May 7, 2019. *See* TEX. R. APP. P. 38.6(a) (providing the appellant in an accelerated appeal must file a brief within 20 days after the later of the date the clerk's record or the reporter's record was filed). Neither the brief nor a motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, **on or before June 3, 2019**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

Keith E. Hottle,
Clerk of Court